UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BA SHAY EDWARD JORGENSON,<br><br>Petitioner,<br><br>v.<br><br>PEOPLE OF CALIFORNIA,<br><br>Respondent. | Case No. 1:18-cv-01344-JDP<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

Petitioner, a state prisoner proceeding without counsel, has filed a habeas corpus action under 28 U.S.C. § 2254. Plaintiff is challenging a conviction in Placer County, California, which is part of the Sacramento Division of the U.S. District Court for the Eastern District of California. Local Rule 120(d). A civil action which has not been commenced in the proper division of this district may, on the court's own motion, be transferred to the appropriate division. *See* Local Rule 120(f). Therefore, this action will be transferred to the Sacramento Division.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the Sacramento Division of the U.S. District Court for the Eastern District of California; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be

1

filed at:

United States District Court
Eastern District of California
501 "I" Street, Suite 4-200
Sacramento, CA 95814

     3.  This court has not ruled on plaintiff's request to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:    October 4, 2018                                     
                              UNITED STATES MAGISTRATE JUDGE